PD-0612-15

NO. _____

# TYRONE BURLESON

Appellant

v.

# STATE OF TEXAS

Appellee

FILED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

# IN THE

# COURT OF CRIMINAL APPEALS

# FOR THE STATE OF TEXAS

Appeal from the 140th District Court of LUBBOCK County, Texas
No. 2013-439,137 and
No. 07-13-00279-CR in the Seventh Court of Appeals for the State of Texas

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TYRONE BURLESON
TDCJ No. 01876269
William Clements Unit
9601 Spur 591
Amarillo Texas 79107-9606
(806) 381-7080

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 20 2015

Abel Acosta, Clerk

TYRONE BURLESON, Appellant moves for an extension to file

Appellant's Petition for Discretionary Review:

## I.

TYRONE BURLESON moves this Court to allow an extension of THIRTY (30) days to file his Petition for Discretionary Review.[1] Appellant was convicted of the offense of Aggravated Assault – Bodily Injury with Deadly Weapon. Mr. Burleson was sentenced to 99 years imprisonment in the Texas Department of Criminal Justice.[2] The sentencing took place on August 2, 2013. The Seventh Court of Appeals issued its opinion on April 15, 2015, denying Appellant's requested relief.[3]

---

[3] Burleson v. State, No. 07–13–00279–CR, 2015 WL 1736907 (Tex. App.—Amarillo Apr. 15, 2015, (mem. op., not designated for publication).

## II.
## REQUIRED INFORMATION PURSUANT TO THE RULES OF
## APPELLATE PROCEDURE

A.   *The deadline for filing the Petition for Discretionary Review:*[4] May 15, 2015.

B.   *The length of the extension sought:*[5] Thirty (30) days - June 15, 2015.

C.   *The facts relied upon to reasonably explain the need for the extension:*[6]

I am pro se and need time to retain an attorney to represent me in this matter. I am untrained in the laws and it will therefore take me additional time to file the Petition for Discretionary Review if I am unable to retain an attorney.

D.   *Number of previous extensions granted for previous Petitions for Discretionary Review:*[7] None.

---

[4]   Tex. R. App. P. 10.5(b)(1)(A).

[5]   Tex. R. App. P. 10.5(b)(1)(B).

[6]   Tex. R. App. P. 10.5(b)(1)(C).

[7]   Tex. R. App. P. 10.5(b)(1)(D)

## III.

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant in allowing him to timely file the Petition.

## REQUEST FOR RELIEF

Appellant requests that this Court grant his Motion and extend the deadline for filing Appellant's Petition For Discretionary Review to June 15, 2015 or that this Court grant such additional time as is just and proper.

Respectfully submitted,

Tyrone Burleson
TDCJ No. 01876269
Williams Clements Unit 9601 Spur 591
Amarillo, Texas 79107-9606
(806) 381-7080

## CERTIFICATE OF SERVICE

A copy of this Motion was delivered to Lauren Murphree, Lubbock County District Attorney's Office, 2nd Floor, 904 Broadway, Lubbock, Texas 79401 on the _____ day of May, 2015 by regular mail.

_Tyrone lee Burleson_
Tyrone Burleson